**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CASE NO.: 11−00557−ee |
| Willie D. Thomas | CHAPTER 13 |

## ORDER DISMISSING BANKRUPTCY CASE
## FOR FAILURE TO APPEAR AT THE MEETING OF CREDITORS

There came on to be heard this day the Court's own motion to dismiss the above−styled and numbered bankruptcy case.

**INASMUCH** as the creditors meeting was set for **April 12, 2011**, and the Debtor(s) failed to appear as required under the Bankruptcy Code;

**IT IS THEREFORE ORDERED** that the petition filed by the above Debtor(s) be and the same is hereby dismissed for failure to appear at the creditors meeting as required under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that in the event this Court has not received funds sufficient to pay the required filing fee, the Debtor(s) shall transmit the unpaid balance to the Clerk of the U.S. Bankruptcy Court.

**IT IS FURTHER ORDERED** that the failure of the Debtor(s) to transmit the unpaid filing fee for this case shall prohibit the Debtor(s) from filing any future petitions without first paying all outstanding filing fees with this Court plus the full filing fee for the new petition.

**Dated:** April 13, 2011

**/s/Edward Ellington
United States Bankruptcy Judge**

odsm341